SUBS
Jacquelyn J. Kelley, Esq.
Nevada Bar No. 14554
**AG LIGHT AND SOUND, INC.**
4660 Berg Street, Suite 130
North Las Vegas, NV 89081
(702) 988-1868
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| BAXTER BAILEY AND ASSOCIATES INC., a Mississippi corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AG LIGHT AND SOUND INC., a Nevada corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00794-MMD-MDC |

### STIPULATION TO SUBSTITUTION OF ATTORNEY

Defendant AG LIGHT AND SOUND, INC. hereby substitutes JACQUELYN J. KELLEY, ESQ., General Counsel for AG LIGHT AND SOUND, INC as its attorney of record in the above-entitled matter, in the place and stead of JOHN P. ALDRICH, ESQ. and CATHERINE HERNANDEZ, ESQ. of ALDRICH LAW FIRM, LTD.

DATED this __24th__ day of January 2024

By: _____
Andrew Gumper, President, AG Light & Sound, Inc.

/ / /

/ / /

/ / /



The undersigned, JACQUELYN J. KELLEY, ESQ., duly admitted to practice in this District, accepts the foregoing substitution of attorney and hereby agrees to be substituted as the attorney of record for Defendant AG LIGHT AND SOUND, INC. in the above-entitled matter in the place and stead of JOHN P. ALDRICH, ESQ. AND CATHERINE HERNANDEZ, ESQ. of ALDRICH.LAW FIRM, LTD.

All future correspondence and papers in this action should be directed to JACQUELYN J. KELLEY, ESQ. at the address below.

DATED this __24th__ day of January 2024

By: _____
**Jacquelyn J. Kelley, Esq.**
Nevada Bar No. 14554
GENERAL COUNSEL – AG LIGHT AND SOUND, INC.
4660 Berg Street, Suite 130
North Las Vegas, NV 89081
E: jkelley@ag.tc

The undersigned, JOHN P. ALDRICH, ESQ., on behalf himself and CATHERINE HERNANDEZ, ESQ., an employee of ALDRICH LAW FIRM, LTD., hereby stipulates to the substitution of Jacquelyn J. Kelley, Esq. as Counsel of Record for Defendant AG LIGHT AND SOUND, INC. in his place and stead, in the above-entitled matter.

DATED this __24th__ day of January 2024

By: ____/s/ John Aldrich_____
**John P. Aldrich, Esq.**
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
7866 W. Sahara Ave.
Las Vegas, NV 89081
T: 702.853.5490



## ORDER

**IT IS SO ORDERED. The parties must use the correct case number on all future filings.**

DATED this __8th__ day of March 2024.

By: _____
Maximiliano D. Couvillier III
United States Magistrate Judge

*Approved as to form and content:*

_____
JACQUELYN J. KELLEY, ESQ.
Nevada Bar No. 14554
4660 Berg Street, Suite 130
Las Vegas, NV 89081
Tel: 702-988-1868