# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Baxter Bailey and Associates Inc.,

Plaintiff(s),

vs.

AG Light and Sound Inc.,

Defendant(s).

2:22-cv-00794-MMD-MDC

**Order**

This case had been assigned to the undersigned Magistrate Judge by random draw.  In light of the recent settlement proceedings, having received *ex parte* confidential settlement briefs from each side in accordance with LR IC 1-1(c)(3) and LR 16-5, and with good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

Accordingly,

It is so ORDERED that this case is referred to the Clerk of Court for random reassignment to another Magistrate Judge.

Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge