Zachary P. Takos, Esq., Nevada Bar No. 11293
Steven R. Hart, Esq., Nevada Bar No. 15418
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email:  zach@takoslaw.com
            steven@takoslaw.com

*Counsel for Baxter Bailey & Associates Inc.*

Jacquelyn J. Kelley, Esq., Nevada Bar No. 14554
4660 Berg St., Suite 130
North Las Vegas, Nevada 89081

*Counsel for AG Light and Sound Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAXTER BAILEY AND ASSOCIATES INC., a Mississippi corporation,<br><br>Plaintiff,<br><br>v.<br><br>AG LIGHT AND SOUND INC., a Nevada corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | ) Civil Case No: 2:22-cv-00794-MMD-VCF<br>)<br>)<br>)   **ORDER GRANTING**<br>)<br>) **JOINT STIPULATION AND ORDER TO**<br>) **CONTINUE TRIAL AND RELATED**<br>) **DATES**<br>)<br>)<br>)<br>)<br>) |

Plaintiff Baxter Bailey and Associates Inc. ("Baxter Bailey"), by and through its counsel of record, Takos Law Group, Ltd., and Defendant AG Light and Sound, Inc. ("AG"), by and through its counsel of record, Jacquelyn J. Kelley, Esq. (collectively, the "Parties"), submit this Stipulation and Order to Continue Trial [ECF No. 61] and Related Dates [ECF No. 48].

This Stipulation seeks to continue trial and the associated deadlines 30 days. This is the first stipulation for such a continuation, and it makes reference to the following:

1. The Parties have reached a settlement in principle and are now in the process of drafting

settlement papers.

2. This Stipulation is being proffered in good faith and not for purposes of delay.

Jointly and respectfully submitted this 3rd day of February 2025.


DATED this 4th day of February, 2025.                    DATED this 4th day of February, 2025.

**TAKOS LAW GROUP, LTD.**                                **JACQUELYN J. KELLEY, ESQ**


    */s/ Steven R. Hart*                                  */s/Jacquelyn Kelley*
Steven R. Hart, Esq., Nevada Bar No. 15418               Jacquelyn J. Kelley, Esq., NV Bar No. 14554
10785 West Twain Avenue, Suite 224                       4660 Berg St., Suite 130
Las Vegas, Nevada 89135                                  North Las Vegas, Nevada 89081

*Counsel for Plaintiff*                                  *Counsel for Defendant*


**IT IS SO ORDERED.**

[signature]

UNITED STATES DISTRICT JUDGE

DATE: February 5, 2025

Tuesday, February 4, 2025 at 09:41:14 Pacific Standard Time

| | |
|---|---|
| **Subject:** | Re: Proposed Stipulation and Order to Continue Trial |
| **Date:** | Monday, February 3, 2025 at 4:11:17 PM Pacific Standard Time |
| **From:** | Jacquelyn Kelley |
| **To:** | Steven Hart |
| **CC:** | Zachary Takos, brianna@takoslaw.com, JJ Kashnow |
| **Attachments:** | image001.jpg, Outlook-cf5i1rma.png |

Steven – You can affix my electronic signature on the attached SAO. Thanks.



**Jacquelyn J. Kelley, Esq.**

| General Counsel |

AG Production Services, Inc.

---

**From:** Steven Hart <steven@takoslaw.com>
**Sent:** Monday, February 3, 2025 2:35 PM
**To:** Jacquelyn Kelley <jkelley@ag.tc>
**Cc:** Zachary Takos <zach@takoslaw.com>; brianna@takoslaw.com <brianna@takoslaw.com>
**Subject:** Proposed Stipulation and Order to Continue Trial

Hi Jackie,

Please see attached proposed stip and order to continue trial. I think it makes sense to get this on file today so we can push the trial deadlines out while we draft settlement documents. Please let me know your thoughts. Thanks.

Sincerely,

Steven R. Hart, Esq.



10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
T: 702.658.1900
F: 702.924.4422

CONFIDENTIALITY NOTICE: This email may contain information which is privileged, confidential, and protected by the attorney-client privilege and/or the attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this communication in error, please destroy it and notify me immediately.

IRS CIRCULAR 230 NOTICE: To ensure compliance with Internal Revenue Service requirements, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.