Jacquelyn J. Kelley, Esq.
Nevada Bar No. 14554
**AG PRODUCTION SERVICES, INC.**
4660 Berg Street, Suite 130
North Las Vegas, NV 89081
Tel: (702) 988-1868
Jkelley@ag.tc
*Attorney for Defendant*
AG Light and Sound Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAXTER BAILEY AND ASSOCIATES INC., a Mississippi Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AG LIGHT AND SOUND INC., a Nevada corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22−cv−00794−MMD−DJA |

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Complaint made by Plaintiff, BAXTER BAILEY AND ASSOCIATES, INC., against Defendant, AG LIGHT AND SOUND INC., in Case No. 2:22−cv−00794−MMD−DJA, be DISMISSED with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 31st day of March 2025.

_____
U.S. DISTRICT JUDGE MIRANDA DU

Respectfully submitted by:

**AG PRODUCTION SERVICES INC.**

_____
JACQUELYN J. KELLEY, ESQ.
Nevada Bar No. 14554
4660 Berg Street, Suite 130
North Las Vegas, NV 89081
*Attorney for Defendant, AG Light & Sound, Inc.*

